**Poricanin**
Practical counsel. Industry insight.

Emina Poricanin, Esq.

emina@poricaninlaw.com
(315) 269-1125
poricaninlaw.com

February 16, 2026

By ECF and Email

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

cronanNYSDChambers@nysd.uscourts.gov

Re:    *Edwards et al. v. Selfhelp Community Services, Inc.*, Case No. 1:25-cv-10389-JPC

Dear Judge Cronan:

This firm represents Defendant in the above-referenced case.  We jointly submit this request for an extension with respect to the conference scheduled for February 17, 2026 (the "Conference").

The Parties respectfully request that the Conference be adjourned from February 17, 2026 to March 31, 2027, or to a date thereafter convenient for the Court.  The reason for this request is that the Parties are making meaningful progress toward a potential resolution of this matter and are engaged in ongoing discussions and information exchange that may obviate the need for further litigation.  The Parties believe that a brief adjournment will allow these efforts to continue and may conserve judicial resources.

This is the Parties first request for an adjournment of this Conference; there have been no previous requests for adjournment or extension.  Additionally, Plaintiffs' counsel, copied here, has reviewed and approved this letter, and consents to this request.

**New York City**

3 Colombus Circle, 15TH Floor
New York City, NY 10019

434 W. 33rd Street, 10TH Floor
New York City, NY 10001

**Albany**

90 State Street, Suite 700
Albany, NY 12207

**Buffalo**

50 Fountain Place, Suite 1400
Buffalo, NY 14202



**Emina Poricanin, Esq.**

emina@poricaninlaw.com

(315) 269-1125

poricaninlaw.com

The Parties thank the Court for its consideration of this application.

Respectfully submitted,

*Emina Poricanin*

Emina Poricanin, Esq.

cc: All Cousnel of Record (by ECF)

The instant request is granted.  The teleconference currently scheduled for February 17, 2026 at 2:30 p.m. is adjourned to April 7, 2026 at 11:30 a.m.  The Clerk of Court is respectfully directed to close Docket Number 12.

SO ORDDERED.
Date: February 17, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

**New York City**

3 Colombus Circle, 15TH Floor
New York City, NY 10019

434 W. 33rd Street, 10TH Floor
New York City, NY 10001

**Albany**

90 State Street, Suite 700
Albany, NY 12207

**Buffalo**

50 Fountain Place, Suite 1400
Buffalo, NY 14202