UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

:

JAHMILA EDWARDS, *as Trustee and Fiduciary of the*    :
*District Council 37 Local 389 Home Care Employees*    :
*Health & Welfare Fund and District Council 37 Local*    :
*389 Home Care Employees Pension Fund*, *et al.*,    :        25 Civ. 10389 (JPC)

:

Plaintiffs,    :        ORDER

:

-v-    :

:

SELFHELP COMMUNITY SERVICES, INC.,    :

:

Defendant.    :

:

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 31, 2026, the parties reported that they "remain close to final resolution" and

intended to "finalize the remaining settlement terms in the coming weeks," at which point they

would "file appropriate dismissal papers." Dkt. 15.  The parties shall file an appropriate stipulation

of dismissal or, alternatively, a joint status letter by May 11, 2026.

SO ORDERED.

Dated: May 4, 2026
New York, New York    _____

JOHN P. CRONAN
United States District Judge